**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:

ULRICH FELIX ANTON ENGLER				Case No.  9:08-bk-04360-MGW

        Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

    COMES NOW, Robert E. Tardif Jr., as Trustee of the above-captioned matter, and respectfully states that, in accordance with the Order Allowing Administrative Expenses, he has disbursed the funds in the Trustee's account to the Creditors, but the following check(s) have been returned in the mail and/or never presented for payment on multiple occasions.  The Trustee has attempted to locate the Creditor's current address information, but has not been successful.

| Claim # | Check # | Claimant/Debtor | Amount |
|---|---|---|---|
| 98-1 | 1123 | Nadia Ovsejko<br>Matthias-Grenewald-Str. 36<br>78224 Singen/Germany | $356.01 |
| 101-1 | 1124 | Lancer Mobile GmbH<br>Prinzregentstr. 56<br>80538 Muenchen/Germany | $667.35 |
| 126-1 | 1146 | Richard Butz<br>Schwarzwaldstr. 20C<br>76532 Baden-Baden/Germany | $4628.15 |
| 130-1 | 1149 | Elke Moessing-Legner<br>Mariannenplatz 1<br>80538 Munchen/Germany | $1220.74 |
| 133-1 | 1152 | Jean-Luc Morgen<br>3 Rue Principale<br>67470 Trimbach/France | $598.10 |
| 134-1 | 1153 | Fabienne Morgen<br>3 Rue Principale<br>67470 Trimbach/France | $712.02 |
| 135-1 | 1154 | Andreas Stammel<br>Dreibrunnenweg 2<br>74821 Mosbach/Germany | $356.01 |
| 138-1 | 1156 | Brigitte & Giosue Pascale<br>Elisabeth-von-Thadden Str. 17<br>76189 Karlsruhe/Germany | $954.18 |

| | | | |
|---|---|---|---|
| 153-1 | 1169 | Hannelore Seiwert<br>Friedrichring 45/2<br>76437 Rastatt<br>07222/365303 Germany | $2180.75 |
| 159-1 | 1175 | Michael Jankowski<br>Kniebisstr. 3<br>76307 Karlsbad/Germany | $671.31 |
| 182-1 | 1195 | Markus Bauer<br>Muehlgasse 3<br>96328 Kueps-Oberlangenstadt/Germany | $356.01 |
| 187-1 | 2068 | Gerhard Ernst<br>Stiftstr. 13<br>96215 Lichtenfels/Germany | $356.02 |
| 199-1 | 1211 | Hans-Josef Hummer<br>Langheimer Str. 18<br>D-96264 Altenkunstadt/Germany | $356.01 |
| 203-1 | 1215/2104 | Jaeger Daniel<br>La Rue de Wissenbourg<br>F-67690 Hatten/France | $356.01 |
| 209-1 | 1221/2105 | Eric Urlacher<br>La Rue Chateau Ponsac<br>F-67690 Hatten/France | $356.01 |
| 218-1 | 1230 | Elke Popp<br>Am Markt 29<br>D-96260 Weismain/Germany | $356.01 |
| 219-1 | 1231 | Jochen Schaefer<br>Am Markt 29<br>D-96260 Weismain/Germany | $534.02 |
| 223-1 | 1235 | Barbara Skrlj<br>Werderstr. 46<br>76137 Karlsruhe/Germany | $1139.24 |
| 259-1 | 1270 | Christine Buchholz<br>Oberer Weiher 19<br>92729 Weiherhammer/Germany | $373.81 |
| 268-1 | 1279 | Heinrich Hirsch<br>Herr Heinz-Peter Foerste<br>Bahnhofstr. 4<br>D-92729 Weiherhammer/Germany | $712.03 |

| | | | |
|---|---|---|---|
| 278-1 | 1289/2124 | Andreas Steigmueller<br>Theodor Koerner-Str. 617<br>73614 Schorndorf/Germany | $712.02 |
| 281-1 | 1292 | Bernhard Bogner<br>Herr Bernhard Bogner<br>Ritterstr. 9<br>D-92729 Weiherhammer/Germany | $712.02 |
| 284-1 | 1294 | Wilhelm Huber Subrogee<br>For Sandra Haerle Meilinger<br>Markus Meilinger D88427 Ofterswan<br>Katzbachweg 9<br>D-88239 Wangen/Germany | $2159.00 |
| 294-1 | 1301 | Wolfgang & Gisela Seidowsky<br>Eulensteg 43<br>4416 Markkleeberg/Germany | $1725.45 |
| 299-1 | 1306 | Bert Seidowsky<br>Ligusterring 26<br>04299 Leipzig/Germany | $1027.31 |
| 302-1 | 1309 | Philipp Zausch<br>Magdeburger Str. 38<br>04155 Leipzig/Germany | $1780.06 |
| 307-1 | 1314 | Vinko Masic<br>Volkendorferweg 11<br>4030 Linz/Austria | $489.02 |
| 308-1 | 1315 | Vinko Masic<br>Volkendorferweg 11<br>4030 Linz/Austria | $463.90 |
| 310-1 | 1317/2125 | Martin Marchsteiner<br>Anzengruber Str. 7<br>4020 Linz/Austria | $1271.44 |
| 313-1 | 1320/2126 | Willibald Hauder<br>Kettenbachstr. 64<br>4192 Schenkenfelden/Austria | $908.74 |
| 320-1 | 1327 | Werner Stoiber<br>Adlerstr. 27A<br>76133 Karlsruhe/Germany | $712.02 |
| 323-1 | 1330 | Kerstin Weber<br>Schoenblick 25<br>76275 Ettlingen/Germany | $2397.58 |

| | | | |
|---|---|---|---|
| 328-1 | 1335 | Patrick Richter<br>Kreuzlach 9A<br>91564 Neuendettelsau/Germany | $477.09 |
| 336-1 | 1343/2127 | Jan Bock<br>Happelstr. 59<br>74072 Heibronn/Germany | $712.03 |
| 353-1 | 1359 | Kirstin Grimm<br>AM Schlierbachhang 62<br>69118 Heidelberg/Germany | $356.02 |
| 363-1 | 1367 | Marius Mayer<br>Beethovenstr. 4<br>74821 Mosbach/Germany | $356.01 |
| 381-1 | 1385 | Erwin Graf<br>Grunewaldstr. 13<br>D-85053 Ingolstadt/Germany | $1495.25 |
| 396-1 | 1396/2152 | Stefan Poley<br>D-95233 Helmbrechts<br>Trollingerweg 10/Germany | $356.01 |
| 397-1 | 1397 | Ursula Schwab<br>Kohlhofstrasse 13<br>69427 Mudau/Germany | $356.02 |
| 399-1 | 1399 | Michael Kunz<br>Pfaffenstielstr. 17/2<br>88048 Friedrichshafen/Germany | $1068.03 |
| 403-1 | 1403 | Michael Hunz<br>Pfannenstielstr 17/2<br>88048 Friedenshafen/Germany | $1424.05 |
| 415-1 | 1415 | Vanessa Kron<br>Faehrst. 9<br>D-53639 Koenigswinter/Germany | $712.03 |
| 421-1 | 1421 | Patrik Petzold<br>Friedrich – Ebert – Str. 58<br>04109 Leipzig | $378.49 |
| 423-1 | 1423 | Raik Sluka<br>Natouekslu. 27<br>04155 Leipzig | $519.73 |

| | | | |
|---|---|---|---|
| 432-1 | 1432 | Hans Dieter Volz<br>Balzholener Str. 33a<br>77815 Biehl | $1068.04 |
| 436-1 | 1436 | Irmgard Grabherr<br>Strabostrasse 2<br>A-6900 Gregenz/Germany | $3560.12 |
| 437-1 | 1437 | Guenter Volk<br>Subrogee for Sabine Kunert<br>Bahnhofstrasse 6<br>D-86916 Kaufering/Germany | $373.95 |
| 442-1 | 1442 | Kayvan Vazinkhoo<br>Merianweg 74<br>89075 Ulm/Germany | $2218.38 |
| 611-1 | 1593/2078 | Josef Sumper<br>c/o Steven Sherman Law Offices<br>220 Montgomery St., 15th Floor<br>San Francisco, CA 94104<br>AND<br>Josef Sumper<br>c/o Stefan Winheller<br>Corneliusstr. 34, D-60325<br>Frankfurt am Main, Germany | $4272.14 |
| 613-1 | 1595/2079 | Fatimah Schollmeyer<br>c/o Steven Sherman Law Offices<br>220 Montgomery St., 15th Floor<br>San Francisco, CA 94104<br>AND<br>Fatimah Schollmeyer<br>c/o Stefan Winheller<br>Corneliusstr. 34, D-60325<br>Frankfurt am Main, Germany | $6221.58 |
| 674-1 | 1646 | Sylvia Schlager<br>c/o Stefan Winheller<br>Corneliusstr. 34, D-60325<br>Frankfurt am Main, Germany | $1431.17 |
| 675-1 | 1647 | Gertrud and Karl Heinz Naumann<br>c/o Stefan Winheller<br>Corneliusstr. 34, D-60325<br>Frankfurt am Main, Germany | $1491.18 |
| 677-1 | 1649 | Adelinde Gerloff<br>Ludweiler Str. 25<br>66333 Volklingen | $2338.82 |

| | | | |
|---|---|---|---|
| 680-1 | 1651 | Erich Kogelmann<br>DECEASED | $3499.59 |
| 681-1 | 1652 | Sabine and Rainer Schoppe<br>c/o Stefan Winheller<br>Corneliusstr. 34, D-60325<br>Frankfurt am Main, Germany | $5954.05 |
| 687-1 | 1655 | Heidi Pfeiffenberger<br>Martin Seifl Str. 5<br>94036   Passale | $392.47 |
| 688-1 | 1656 | Hans Stommer<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.01 |
| 689-1 | 1657 | Jutta Huber<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.01 |
| 691-1 | 1658 | Alfred Windecker<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $689.78 |
| 693-1 | 1659 | Christian Aster<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.01 |
| 698-1 | 1662 | Hildegard Nikolaus<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.02 |
| 699-1 | 1663 | Heinz Huber<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.01 |
| 700-1 | 1664 | Lothar and Dorothea Basantny<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $402.29 |
| 701-1 | 1665 | Kristina Schwaberbauer<br>Benno Wagner | $392.54 |

|  |  |  |  |
|---|---|---|---|
|  |  | Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany |  |
| 702-1 | 1666 | Alfred Ortlieb<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $785.01 |
| 703-1 | 1667 | Peter Wild<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $1153.26 |
| 704-1 | 1668 | Prof. Dr. Brigit Seelbach-Goebel<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $412.12 |
| 707-1 | 1671 | Silvia Windecker<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $392.50 |
| 708-1 | 1672 | Reinhard Skricek<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $381.36 |
| 709-1 | 1673 | Johanna Yandell<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $775.68 |
| 710-1 | 1674 | Elisabeth Kopp<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.01 |
| 711-1 | 1675 | Jurgen Aigner<br>Benno Wagner<br>Baiersdorfer Str. 8a<br>D-91099 Poxdorf/Germany | $356.02 |
| 718-1 | 1680 | Benjamin Bendel<br>Pastorenstr. 10<br>20459 Hamburg | $1922.46 |
| 733-1 | 1690 | Jurgen and Marlies Dehm<br>Biesestr. 6<br>76229 Karlsruhe/Germany | $427.21 |

| | | | |
|---|---|---|---|
| 735-1 | 1692 | Maria Gruber<br>Danziger Strabe 18<br>76694 Forst/Germany | $824.26 |
| 742-1 | 1699 | Nikolaos Katris<br>Saarstr. 81<br>D-54290 Trier/Germany | $712.02 |
| 743-1 | 1700 | Anthoula Katsenou<br>Mesououni Marparitiou<br>46030 Thesprotia/Greece | $471.00 |
| 744-1 | 1701 | Maria Zieking<br>Str. Saarstrasse (nb)81<br>D-54290 Trer/Germany | $925.63 |
| 755-1 | 1705 | Monika Gerster<br>Dorfstrasse 5<br>9305 Berg/Switzerland | $712.02 |
| 759-1 | 1709/2144 | Young AE Kadel<br>Degersheimerstrasse 57<br>9100 Herisau/Switzerland<br>And<br>Young AE Kadel<br>Hubstrasse 58<br>CH-9100 Herisau/Switzerland | $142.41 |
| 760-1 | 1710/2145 | Young AE Kadel<br>Degersheimerstrasse 57<br>9100 Herisau/Switzerland<br>AND<br>Young AE Kadel<br>Hubstrasse 58<br>CH-9100 Herisau/Switzerland | $7120.23 |
| 761-1 | 1711/2146 | Young AE Kadel<br>Degersheimerstrasse 57<br>9100 Herisau/Switzerland<br>AND<br>Young AE Kadel<br>Hubstrasse 58<br>CH-9100 Herisau/Switzerland | $712.02 |

| | | | |
|---|---|---|---|
| 762-1 | 1712/2147 | Young AE Kadel<br>Degersheimerstrasse 57<br>9100 Herisau/Switzerland<br>AND<br>Young AE Kadel<br>Hubstrasse 58<br>CH-9100 Herisau/Switzerland | $3560.12 |
| 763-1 | 1713/2148 | Young AE Kadel<br>Degersheimerstrasse 57<br>9100 Herisau/Switzerland<br>AND<br>Young AE Kadel<br>Hubstrasse 58<br>CH-9100 Herisau/Switzerland | $712.02 |
| 770-1 | 1715 | Roman Mall<br>Hanxierstrasse 8<br>52538 Gangelt/Germany | $1795.44 |
| 771-1 | 1716 | Rosemarie Maile<br>Holsteinische Strasse 46<br>D-12161 Berlin/Germany | $356.01 |
| 779-1 | 1722 | Rene Zeller<br>Weiherastrasse 5C<br>CH-9400 Rorschach/Switzerland | $276.26 |
| 780-1 | 1723 | Rene Zeller<br>Anita Zeller<br>Weiherastrasse 5C<br>CH-9400 Rorschach/Switzerland | $712.02 |
| 781-1 | 1724 | Esther Wenger<br>Offiziersgasse 17<br>Ch-5612 Villmergen/Switzerland | $712.02 |
| 783-1 | 1725 | Rico Vetterli<br>Dorfstrasse 93<br>CH-8954 Geroldswil/Switzerland | $1893.98 |
| 784-1 | 1726/2118 | Urs & Brigitte Bruhlmann<br>Marcel Bruhlmann<br>Offiziersgasse 17b<br>CH-5612 Villergen/Switzerland | $811.71 |
| 785-1 | 1727 | Ivo Braunschweiler<br>Hakabstrasse 10<br>CH-8309 Hurensdorf/Switzerland | $4079.89 |

| | | | |
|---|---|---|---|
| 786-1 | 1728 | Ivo Braunschweiler<br>Hakabstrasse 10<br>CH-8309 Nurensdorf/Switzerland | $4984.16 |
| 788-1 | 1730 | Rene Zeller<br>Weiherastrasse 5C<br>CH-9400 Rorschach/Switzerland | $7120.23 |
| 789-1 | 1731/2119 | Urs & Brigitte Bruhlmann<br>Marcel Bruhlmann<br>Offiziersgasse 17b<br>CH-5612 Villergen/Switzerland | $1675.64 |
| 798-1 | 1740/2102 | Urs Aemissegger<br>Hofi 234<br>9497 Triesenberg/Liechtenstein | $1068.03 |
| 849-1 | 1786 | Holgen Gobel<br>Heubergweg 68<br>64732 Bad Koenig/Germany | $356.01 |
| 878-1 | 1806/2149 | Jens Franzeck<br>Bahrenfelder Str. 30<br>22765 Hamburg/Germany | $1338.60 |
| 879-1 | 1807 | Uwe Bruckner<br>Robert-Koch-Strabe 58<br>76756 Bellheim/Germany | $581.51 |
| 892-1 | 1817 | Isabelle Haenel<br>5 Rue du Rhin<br>67240 Bischwiller/France | $391.61 |
| 893-1 | 1818/2107 | Bernd Vennemann<br>Jackobstr. 19<br>45478 Mulheim/Germany | $389.52 |
| 904-1 | 1827 | Birgit Jaeger<br>Dreimuhlenstrabe 38<br>80469 Munchen/Munich | $1438.29 |
| 919-1 | 1840/2129 | Birgit Goldschmidt<br>AM Kleinwald 27<br>76863 Herxheim/Germany<br>AND<br>Birgit Goldschmidt<br>St.-Michaelstr. 29<br>76437 Rastatt/Germany | $392.50 |

| | | | |
|---|---|---|---|
| 921-1 | 1842 | Pascale Ruffing<br>Antilopenweg 9a<br>33659 Bielefeld/Germany | $712.02 |
| 938-1 | 1856 | Michael Lehmann<br>Malvine-Schiesser-Weg 3<br>78315 Radolfzell/Germany | $551.11 |
| 939-1 | 1857 | Michael Lehmann<br>Malvine-Schiesser-Weg 3<br>78315 Radolfzell/Germany | $890.03 |
| 944-1 | 1862 | Esther Berger<br>Villingerstr. 115a<br>78166 Donaueschingen/Germany | $1451.10 |
| 978-1 | 1876 | Luzia Kasper<br>Kanalweg 6<br>7250 Klosters/Switzerland | $1424.05 |
| 981-1 | 1879 | Niklaus Kasper<br>Kanalweg 6<br>7250 Klosters/Switzerland | $1780.06 |
| 982-1 | 1880 | Niklaus Kasper<br>Kanalweg 6<br>7250 Klosters/Switzerland | $2848.09 |
| 983-1 | 1881 | Niklaus Kasper<br>Kanalweg 6<br>7250 Klosters/Switzerland | $4272.14 |
| 987-1 | 1882/2108/2150 | Gunter Reichmuth<br>Bruelstrasse 54<br>CH-8957 Spreitenbach/Switzerland<br>AND<br>Gunter Reichmuth<br>Zelgweg 28<br>CH-5405 Dattwil | $1851.26 |
| 988-1 | 1883 | Roland Fritschi<br>Floraweg 3<br>5734 Reinach AG/Switzerland | $712.02 |
| 1020-1 | 1887 | Sibylle Beutel<br>Woerthstr. 34<br>D-68799 Mannheim/Germany | $356.01 |

| | | | |
|---|---|---|---|
| 1027-1 | 1893 | Bernadett Dietrich<br>Schlesierstr. 22<br>76275 Ettlingen/Germany | $626.58 |
| 1028-1 | 1894 | Olaf Henning<br>3-10-21 Chigasaki-Higashi<br>Yokohama 224-0033/Japan | $1068.03 |
| 1035-1 | 1900 | Werner Hemm<br>Haupstr. 61<br>69117 Heidelberg/Germany | $996.83 |
| 1036-1 | 1901 | Birgit Doerffel-Hemm<br>Haupstr. 61<br>69117 Heidelberg/Germany | $712.02 |
| 1037-1 | 1902/2130 | Stefan Roth<br>Schauinslandstr. 85<br>75177 Pforzheim/Germany | $932.75 |
| 1041-1 | 1906 | Peter Max Mueller<br>IM Speitel 62<br>76299 Karlshue/Germany | $448.58 |
| 1046-1 | 1911/2131 | Abraham Kuriakose<br>Suedendstr. 58<br>76135 Karlshue/Germany<br>AND<br>Abraham Kuriakose<br>c/o Diethelm Rademadies<br>P.O. Box 1126<br>D-76308 Malsch/Germany | $712.02 |
| 1051-1 | 1915 | Cathrin & Tobias Metzger<br>Danziger Str. 6a<br>76199 Karlshue/Germany | $1157.04 |
| 1052-1 | 1916 | Denise Weber<br>Schoenblick 25<br>76275 Ettlingen/Germany | $797.47 |
| 1053-1 | 1917 | Denise Weber<br>Schoenblick 25<br>76275 Ettlingen/Germany | $1281.64 |
| 1054-1 | 1918 | Denise Weber<br>Schoenblick 25<br>76275 Ettlingen/Germany | $901.85 |

| | | | |
|---|---|---|---|
| 1056-1 | 1919 | Robby Pensold<br>Seerosenstr. 3A<br>70563 Stuttgart/Germany | $356.01 |
| 1058-1 | 1921 | Volker Schulz<br>Bruckenstr. 36<br>76139 Karlsruhe/Germany | $712.02 |
| 1059-1 | 1922 | Karin Scraback<br>Kirchengasse 4<br>76275 Ettlingen/Germany | $356.01 |
| 1060-1 | 1923/2133 | Eva Waniek<br>Mathystr. 28<br>76133 Karlsruhe/Germany<br>AND<br>Eva Waniek<br>Reinhold-Frank Str. 16<br>76133 Karlsruhe/Germany | $1424.05 |
| 1061-1 | 1924/2134 | Svenja Ohr<br>Hommerstr. 1<br>54290 Trier/Germany<br>AND<br>Svenja Ohr<br>Neusser Str. 453<br>50733 Koln/Germany | $428.04 |
| 1065-1 | 1928 | Daniel Seeger<br>Alle Bundesstr. 4<br>76689 Karlsdorf Neuthard/Germany | $712.02 |
| 1066-1 | 1929 | Sascha Maurer<br>Alle Bundesstr. 41<br>76689 Karlsdorf Neuthard/Germany | $712.02 |
| 1068-1 | 1931/2135 | Renate Baron<br>Buchtzigerstr. 54<br>76275 Ettlingen/Germany<br>AND<br>Renate Baron<br>Kehreckweg 7A<br>76275 Ettlingen/Germany | $1983.90 |
| 1070-1 | 1933 | Sibylle Wenzel<br>Talstr. 30<br>D-69190 Wallorf/Germany | $1830.17 |

| | | | |
|---|---|---|---|
| 1075-1 | 1936 | Elke Raubenheimer-Ruemenaff<br>Bellenstr. 53<br>68163 Manheim/Germany | $925.63 |
| 1084-1 | 1944/2155 | Nicole Reuter<br>17 Rue du 17 Ferrier<br>F-57460 Kerbach/Germany<br>AND<br>Nicole Reuter<br>17 Rue du 17 Ferrier<br>F-57460 Kerbach/France | $356.02 |
| 1085-1 | 1945/2156 | Markus Reuter<br>17 Rue du 17 Ferrier<br>F-57460 Kerbach/Germany<br>AND<br>Markus Reuter<br>17 Rue du 17 Ferrier<br>F-57460 Kerbach/France | $356.01 |
| 1091-1 | 1951 | Andreas Gredig<br>Landstrasse 90<br>9491 Ruggell/Liechenstein | $1780.06 |
| 1096-1 | 1953 | Harald Marxer<br>Herrengasse 27<br>9490 Vaduz/Liechtenstein | $1104.58 |
| 1100-1 | 1957 | Daniel & Adelheid Heeb<br>Ziel 38<br>9493 Mauren/Lichenstein | $6337.01 |
| 1104-1 | 1958 | Isabella Heeb<br>Wesle 6<br>9496 Balzers/Liechenstein | $356.01 |
| 1114-1 | 1968 | Jean Francois Wolff<br>5 Rue de Cygnes<br>67410 Rohwiller/France | $477.06 |
| 1117-1 | 1970/2137 | Stefan Roth<br>Schauinslandstr. 85<br>75177 Pforzheim/Germany<br>AND<br>Stefan Roth<br>Haltingerstr. 3<br>79539 Lorrach/Germany | $3560.11 |

| | | | |
|---|---|---|---|
| 1133-1 | 1984 | Heinrich Schanz<br>Radolfzeller Str. 61<br>78333 Stockach/Germany | $471.41 |
| 1141-1 | 1991/2110 | Jerome Chantel Schall-Le Beyeuc<br>27 Rive Gbereud<br>67500 Weibruch/Germany<br>AND<br>Jerome Chantel Schall – Le Beneuc<br>27 Rue Gbereud<br>67500 Weitbruch/France | $576.74 |
| 1142-1 | 1992 | Christophe Forcadete<br>22 Rue Du Castor<br>Bischuiller 67240/France | $968.35 |
| 1154-1 | 1993/2138 | Kagan Moralioglu<br>Mannheimer Str. 68<br>76131 Karlsruhe/Germany<br>AND<br>Kagan Moralioglu<br>Waldstr. 6<br>76133 Karlsruhe/Germany | $356.01 |
| 1169-1 | 1998/2111 | Klaus Linder<br>Steinaecher 41/A<br>70619 Stuttgart/Germany | $1034.43 |
| 1170-1 | 1999 | Martin Hammer<br>Pfarrer-Bunz Str. 20<br>72770 Reutlingen/Germany | $984.20 |
| 1173-1 | 2002 | Steffen Schmidt<br>Schoenberg Str. 39<br>D 70599 Stuttgart/Germany | $756.97 |
| 1174-1 | 2003 | Jurij Safrajder<br>Hauptstr. 19<br>78333 Stockach/Germany | $975.59 |
| 1176-1 | 2005 | Nadezda Kurle<br>Stettiner Str. 11<br>88677 Markdorf/Germany | $881.26 |
| 1177-1 | 2006 | Anatoli Seitaliew<br>Im Briele 3<br>78234 Engen/Germany | $477.10 |

| | | | |
|---|---|---|---|
| 1188-1 | 2016 | Barnaby Mulcahy<br>Chodowieckistr. 36<br>10405 Berlin/Germany | $2076.76 |
| 1189-1 | 2017 | Steffen Schmidt<br>Schoenberg Str. 39<br>D 70599 Stuttgart/Germany | $977.96 |
| 1191-1 | 2019/2139 | Arenare Biagio<br>Irchstr. 4<br>73312 Geislingen/Germany<br>AND<br>Arenare Biagio<br>Kirchstr. 4<br>D-73312 Geislingen/Germany | $471.80 |
| 1200-1 | 2027 | Anne-Ilse Placke<br>Trillkeborn 18<br>D-26871 Papenburg/Germany | $385.89 |
| 1202-1 | 2029 | Markus Ruppenstein<br>Erlauer Str. 12<br>96135 Stegaurach/Germany | $629.09 |
| 1203-1 | 2030/2141 | Jutta Korff<br>Burgbreite 8<br>309741 Wennigsen/Germany<br>AND<br>Jutta Korff<br>Burgbretie 8<br>D-30974 Wennigsen/Germany | $712.02 |
| 1210-1 | 2037 | Kagan Mora<br>Waldstr. 6<br>76133 Karlsruhe/Germany | $356.01 |
| 1213-1 | 2039 | Hans Bantleon<br>Schnittlinger Str. 30<br>73312 Geislingen/Germany | $562.50 |
| 1214-1 | 2040 | Gerhard Bruederle<br>Schuetzenbergstr. 12<br>77791 Berghaupten/Germany | $712.02 |
| 1217-1 | 2043 | Jurgen Bajer<br>Rathausstr. 6<br>76297 Stutensee/Germany | $356.01 |

| | | | |
|---|---|---|---|
| 1219-1 | 2044/2143 | Roland Huber<br>Dorfstr. 10<br>88260 Argenbuehl/Germany<br>AND<br>Roland Huber<br>Dorfstr. 10<br>DE-88260 Argenbuehl-Gottlishofen/Germany | $3820.01 |
| 1220-1 | 2045 | Christine Brandle<br>Naglerstrasse 18<br>9443 Widnau/Switzerland | $3415.74 |
| 1221-1 | 2046 | Christine Brandle<br>Naglerstrasse 18<br>9443 Widnau/Switzerland | $3560.12 |
| 1223-1 | 2047 | Manuel Arnold<br>Fliederweg 13<br>84577 Tussling/Germany | $712.02 |
| 1224-1 | 2048 | Manuel Arnold<br>Fliederweg 13<br>84577 Tussling/Germany | $712.02 |
| 1225-1 | 2049 | Manuel Arnold<br>Fliederweg 13<br>84577 Tussling/Germany | $712.02 |
| 1235-1 | 2055/2103 | Christian Vogeli-Iten<br>Bachstr. A4<br>8912 Obfelden/Switzerland | $6967.58 |

The Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the total amount of $213,993.12 to the clerk of court for deposit in the "unclaimed funds account," and states that the Creditors entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602, this 11th day of December, 2018.

    /s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, FL 33902
(239) 362-2755
(239) 362-2756 - facsimile