**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION**

IN RE:

ULRICH FELIX ANTON ENGLER                    Case No.  9:08-bk-04360-MGW

        Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

      COMES NOW, Robert E. Tardif Jr., as Trustee of the above-captioned matter, and respectfully states that, in accordance with the Order Allowing Administrative Expenses, he has disbursed the funds in the Trustee's account to the Creditors, but the following check(s) have been returned in the mail and/or never presented for payment.  The Trustee has attempted to locate the Creditors current address(es), but has not been successful.

| Claim # | Check # | Claimant/Debtor | Amount |
|---|---|---|---|
| 732-1 | 1689/2177 | Dr. Marianne Budke-Daeg<br>c/o Urban Thier Federer & Jackson, P.A.<br>200 South Orange Avenue, Suite 2025<br>Orlando, FL 32801 | $3,773.72 |
| 974-1 | 1872 | Anneliese Fassler<br>AT 6850 Dorbirn<br>Forstergasse 5<br>Austria | $112.73 |
| 975-1 | 1873 | Anneliese Fassler<br>AT 6850 Dorbirn<br>Forstergasse 5<br>Austria | $1,428.46 |
| 976-1 | 1874 | Anneliese Fassler<br>AT 6850 Dorbirn<br>Forstergasse 5<br>Austria | $2,679.49 |

The Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the total amount of $7,994.40 to the clerk of court for deposit in the "unclaimed funds account," and states that the Creditors entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602, this 2nd day of January, 2019.

                                                /s/ Robert E. Tardif Jr.
                                              Robert E. Tardif Jr., Trustee
                                              Post Office Box 2140
                                              Fort Myers, FL 33902
                                              (239) 362-2755